[No. 33914-5-II.   Division Two.   June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE DYCHES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04463-6, Kathryn J. Nelson, J., entered September 23, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 34572-2-II.   Division Two.   June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY JAMES CURTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-02154-1, Richard A. Strophy, J., entered February 23, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 34740-7-II.   Division Two.   June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED DOUGLAS HOPSON WOODS II, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01410-3, Theodore F. Spearman, J., entered April 19, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.